**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Denis Arnulfo SORTO–ORTIZ,**
**Defendant–Appellant.**

**No. 11–14623**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 10, 2012.

Susan Hollis Rothstein–Youakim, Donald L. Hansen, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Mary A. Mills, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before TJOFLAT, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

Mary A. Mills, appointed counsel for Denis Arnulfo Sorto–Ortiz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sorto–Ortiz's convictions and sentences are **AFFIRMED.**